UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-62462-CIV-LEIBOWITZ

APPLE CORPS LIMITED and SUBAFILMS
LIMITED,

        Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the county of Broward, and I am an attorney for Plaintiffs, Apple Corps Limited and Subafilms Limited, in the above captioned action.

On December 29, 2025, Stephen M. Gaffigan, P.A. posted copies of the following document(s) on the website https://servingnotice.com/abeww6/index.html, in compliance with this Court's Order dated December 22, 2025 [D.E. 11]:

1. Complaint
2. Civil Cover Sheet
3. Clerk's Notice of Judge Assignment to Judge David S. Leibowitz and Magistrate Judge Panayotta Augustin-Birch
4. AO-120 Form
5. Order in Cases with Schedule "A" Defendants
6. Corporate Disclosure Statement

7. Plaintiff's Verified Response to the Court's Order in Cases with Schedule "A" Defendants

8. Motion to File Under Seal

9. Proposed Order Granting Motion to File Under Seal

10. Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets and Memorandum of Law in Support Thereof ("*Ex Parte* Application for TRO")

11. Declaration of T. Raquel Wiborg-Rodriguez in Support of *Ex Parte* Application for TRO

12. Declaration of Paul Cole in Support of *Ex Parte* Application for TRO

13. Declaration of Kathleen Burns in Support of *Ex Parte* Application for TRO, together with supporting exhibits

14. Proposed Order Granting *Ex Parte* Application for TRO

15. *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil Procedure 4(f)(3) and Memorandum of Law in Support Thereof

16. Declaration of T. Raquel Wiborg-Rodriguez in Support of Motion for Order Authorizing Alternate Service of Process, together with supporting exhibits

17. Proposed Order Granting Motion for Order Authorizing Alternate Service of Process

18. Omnibus Order

19. Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order

20. Notice of Attorney Appearance

21. Notice of Sealed Filing

22. Notice of Filing Proposed Summonses

23. Motion to Unseal

24. Proposed Order Granting Motion to Unseal

Dated: December 30, 2025

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By:    s:/*Stephen M. Gaffigan*/
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
Mallory R. Denzl (Fla. Bar No. 1050351)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud
E-mail: Raquel@smgpa.cloud
E-mail: MalloryR@smgpa.cloud

*Attorneys for Plaintiffs*